In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00322-CR


____________________



PAMELA ANN LEWING a/k/a PAMELA PHILLIPS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95482






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Pamela Ann Lewing a/k/a
Pamela Phillips, to dismiss her appeal pursuant to Tex. R. App. P. 42.2. The motion is signed
by appellant personally after counsel filed a brief which certifies that counsel could find no
arguable error upon which to base an appeal. We therefore treat the motion to withdraw the
appeal as agreed to by counsel. See Tex. R. App. P. 2; 42.2. No opinion has issued in this
appeal.

 The motion to withdraw as counsel is GRANTED. It is ORDERED that the motion
to withdraw the notice of appeal is GRANTED, and the appeal is therefore DISMISSED. 
The Clerk of the Court shall forward a duplicate copy of this opinion to the clerk of the court
in which the notice of appeal was filed.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered November 12, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.